C. Mark Humbert (SBN 111093)
Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California  94104
Telephone:  (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendant
THOMAS L. ANDERSON and
LAW OFFICES OF THOMAS L. ANDERSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL S. SWANSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>DOUGLAS L. NEIBAUER, individually;<br>THOMAS L. ANDERSON, individually;<br>LAW OFFICES OF STRAUSS, NEIBAUER<br>& BARBER; LAW OFFICES OF THOMAS<br>L. ANDERSON and DOES 1 through 20,<br>inclusive,<br><br>  Defendants.<br>_____<br>DOUGLAS L. NEIBAUER, individually and<br>as Partner of STRAUSS NEIBAUER, A<br>Professional Corporation; and STRAUSS<br>NEIBAUER, A PROFESSIONAL<br>CORPORATION,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THOMAS L. ANDERSON, and Roes 1-10,<br>inclusive,<br><br>  Defendants.<br>_____ | Case No. C 09-01377-LJP-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION FOR DEFAULT JUDGMENT AND SCHEDULING CONFERENCE**<br><br>Proposed Hearing Date: March 12, 2010<br>Time:             9:00 a.m.<br>Courtroom:    9<br><br>Proposed Scheduling Conf.:  May 5, 2010<br>Time:             9:00 a.m.<br>Courtroom:    9<br><br>Hon. Magistrate Judge Beck |

[Proposed] Stipulation and Order to Continue Hearing Date and Scheduling Conference
Case No. C-09-01377-LJP-DLB

Plaintiff Crystal Swanson, Cross-Complainants Douglas L. Neibauer, Strauss Neibauer and Cross-Defendants Thomas L. Anderson and the Law Offices of Thomas L. Anderson, by and through their counsel hereby stipulate as follows:

1. That the hearing date for the Motion for Default Judgment, currently set for January 29, 2010 at 9:00 a.m., be reset to March 12, 2010 at 9:00 a.m.

2. That the Scheduling Conference, currently scheduled for February 17, 2010 at 9:00 a.m., be continued to May 5, 2010 at 9:00 a.m.

DATE: January 7, 2010                    **GREEN & HUMBERT**

By: **/s/ C. Mark Humbert**
C. MARK HUMBERT
Attorneys for Thomas L. Anderson
and Law Offices of Thomas L. Anderson

DATE: January 7, 2010                    **STRAUSS NEIBAUER**

By: **/s/ Douglas L. Neibauer**
DOUGLAS L. NEIBAUER
Attorneys for Douglas L. Neibauer and Strauss Neibauer

DATE: January 7, 2010                    **BORTON PETRINI**

By: **/s/ Bradley A. Post**
BRADLEY A. POST
Attorneys for Crystal Swanson

## ORDER

IT IS SO ORDERED.

Dated: **January 19, 2010**            /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

[Proposed] Stipulation and Order to Continue Hearing Date and Scheduling Conference
Case No. C-09-01377-LJP-DLB                                          2