# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRYSTAL S. SWANSON, | ) | 1:09cv01377 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PARTIES TO |
| | ) | FILE STATUS REPORT |
| v. | ) | |
| DOUGLAS L. NEIBAUER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| AND CROSS COMPLAINT | ) | |

Defendants and Cross Plaintiffs Douglas L. Neibauer and Strauss Neibauer (collectively "Neibauer") filed the instant motion for default judgment against Defendants and Cross Defendants Thomas L. Anderson and Law Offices of Thomas L. Anderson (collectively "Anderson") on December 16, 2009. Anderson filed the related motion to set aside default on February 11, 2010. The matters were heard on March 12, 2010, before the Honorable Dennis L. Beck, United States Magistrate Judge. Douglas L. Neibauer appeared on his own behalf. Mark Humbert appeared on behalf of Anderson.

As discussed at the hearing, it appears that the funds of the 401(k) Profit Sharing Plan at issue in the underlying action have been sent to Neibauer for disbursement to Plaintiff Crystal S. Swanson ("Plaintiff") pursuant to her instructions. Plaintiff has previously indicated to the Court and the parties that she would dismiss this action upon receipt of her distribution.

1

1 | Neibauer and Anderson therefore agreed to contact Plaintiff and determine her intentions
2 | as to the underlying action once she receives her disbursement. Neibauer and Anderson SHALL
3 | therefore submit a status report to this Court within thirty (30) days of the date of this order.
4 | Anderson has also agreed to provide written confirmation to Neibauer that he is no longer
5 | the co-trustee of the plan at issue. Anderson SHALL provide this written confirmation within ten
6 | (10) days of the date of service of this order. Neibauer agreed that if this confirmation is
7 | provided and Plaintiff ultimately dismisses her action, the Cross Complaint can be dismissed
8 | without prejudice.
9 | The Court will reserve ruling on the motion for default judgment and the motion to set
10 | aside default until after the status report is filed.

IT IS SO ORDERED.

Dated: **March 13, 2010**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE