# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRYSTAL S. SWANSON, | ) | 1:09cv01377 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PARTIES TO |
| | ) | FILE STATUS REPORT |
| v. | ) | |
| DOUGLAS L. NEIBAUER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AND CROSS COMPLAINT | ) | |

At the March 13, 2010, hearing on the pending motion for default judgment, the parties were ordered to file a status report indicating whether the action would be dismissed upon distribution of Plaintiff's funds from the 401(k) Profit Sharing Plan at issue.

Both Neibauer and Anderson filed status reports. Although it appears that Plaintiff's funds have been distributed, this action has not been dismissed.

Accordingly, the Court ORDERS the parties, including Plaintiff, to submit an additional status report within thirty (30) days of the date of this order.

IT IS SO ORDERED.

Dated:  **April 15, 2010**          **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE

1