1  C. Mark Humbert (SBN 111093)
   Horace W. Green (SBN 115699)
2  GREEN & HUMBERT
   220 Montgomery Street, Suite 1418
3  San Francisco, California  94104
   Telephone:  (415) 837-5433
4  Facsimile:   (415) 837-0127

5  Attorneys for Defendant
   THOMAS L. ANDERSON and
6  LAW OFFICES OF THOMAS L. ANDERSON

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10 CRYSTAL S. SWANSON,                    )   Case No. C 09-01377-LJP-DLB
                                          )
11         Plaintiff,                     )   **STIPULATION AND ORDER TO**
                                          )   **CONTINUE SCHEDULING CONFERENCE**
12    vs.                                 )
                                          )   Current Scheduling Conf:
13 DOUGLAS L. NEIBAUER, individually;     )   Date:         May 10, 2010
   THOMAS L. ANDERSON, individually;      )   Time:         9:00 a.m.
14 LAW OFFICES OF STRAUSS, NEIBAUER       )   Courtroom     9
   & BARBER; LAW OFFICES OF THOMAS        )
15 L. ANDERSON and DOES 1 through 20,     )
   inclusive,                             )   Proposed Scheduling Conf.:
16                                        )   Date:         June 8, 2010
           Defendants.                    )   Time:         9:00 a.m.
17 _____)   Courtroom:    9
                                          )
18 DOUGLAS L. NEIBAUER, individually and  )   Hon. Magistrate Judge Beck
   as Partner of STRAUSS NEIBAUER, A      )
19 Professional Corporation; and STRAUSS  )
   NEIBAUER, A PROFESSIONAL               )
20 CORPORATION,                           )
                                          )
21         Plaintiffs,                    )
                                          )
22    vs.                                 )
                                          )
23 THOMAS L. ANDERSON, and Roes 1-10,     )
   inclusive,                             )
24                                        )
           Defendants.                    )
25
   _____
26
         Due to a conflict in the schedule of counsel for Defendants and Cross-Defendants
27
   Thomas L. Anderson and the Law Offices of Thomas L. Anderson, the parties, Plaintiff
28

[Proposed] Stipulation and Order to Continue Hearing Date and Scheduling Conference
Case No. C-09-01377-LJP-DLB

Crystal Swanson, Defendant and Cross-Complainants Douglas L. Neibauer, Strauss Neibauer and Cross-Defendants Thomas L. Anderson and the Law Offices of Thomas L. Anderson, by and through their counsel hereby stipulate as follows:

   1.   That the Scheduling Conference, currently scheduled for May 10, 2010 at 9:00 a.m., be continued to June 8, 2010 at 9:00 a.m.

DATE: May 6, 2010                                  **GREEN & HUMBERT**

                                By:  **/s/ C. Mark Humbert**
                                     C. MARK HUMBERT
                                     Attorneys for Thomas L. Anderson
                                     and Law Offices of Thomas L. Anderson

DATE: May 6, 2010                                  **STRAUSS NEIBAUER**

                                By:  **/s/ Douglas L. Neibauer**
                                     DOUGLAS L. NEIBAUER
                                     Attorneys for Douglas L. Neibauer and
                                     Strauss Neibauer

DATE: May 6, 2010                                  **BORTON PETRINI**

                                By:  **/s/ Bradley A. Post**
                                     BRADLEY A. POST
                                     Attorneys for Crystal Swanson

IT IS SO ORDERED.

   Dated:  **May 10, 2010**                         /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE