# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRYSTAL S. SWANSON, | ) | 1:09cv01377 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PARTIES TO |
| | ) | FILE STIPULATION OF DISMISSAL |
| v. | ) | OR STATUS REPORT |
| | ) | |
| DOUGLAS L. NEIBAUER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AND CROSS COMPLAINT | ) | |

On June 7, 2010, the parties indicated that they had agreed to dismissal and were circulating a stipulation of dismissal. The June 8, 2010, Scheduling Conference was taken off calendar to allow the parties to execute and submit the dismissal order for Court review.

As of the date of this order, the parties have not been in further contact with the Court.

Therefore, the parties are ORDERED to submit a stipulation of dismissal, or status report, within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 2, 2010**           /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE